UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

The Law Offices of S. Daniel Hutchison
135 N. Broad Street
Woodbury, NJ 08096
Phone: 856-251-1235

**Order Filed on May 9, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Ralph A. Cruz Jr.

Case No.: 17-11282

Chapter: 13

Judge: JNP

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 9, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___February 9, 2017___ :

Property: ___103 Salina Road, Sewell, NJ 08080___

Creditor: ___Shellpoint Mortgage Servicing___

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by ___S. Daniel Hutchison, Esq.___, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___July 31, 2017___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2