Form ntcfncurv – testntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                        Case No.: 17−11282−JNP
                                        Chapter:  13
                                        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ralph A. Cruz Jr.
   aka Ralpfh Cruz Jr., aka Ralph Cruz, aka
   Rafael Cruz, aka Rafael A. Cruz, aka Ralph
   A. Cruz Jr., aka Ralph Cruz Jr., aka Rafael
   A. Cruz Jr.
   103 Salina Road
   Sewell, NJ 08080

Social Security No.:
   xxx−xx−2015

Employer's Tax I.D. No.:

### NOTICE OF RECEIPT OF RESPONSE TO
### NOTICE OF FINAL CURE PAYMENT

   TO: <u>Ralph A. Cruz Jr.</u>
        Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: February 22, 2021
JAN: dmb

                                                                       <u>Jeanne Naughton, Clerk</u>