**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on February 23, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Case No: _____

Chapter: _____

Hearing Date: _____

Judge: _____

## ORDER ON MOTION TO CANCEL AND DISCHARGE:

☐ **MORTGAGE**      ☐ **LIEN**      ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: February 23, 2021**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐  The debtor's motion is denied.

☐  The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) _____

Description of Mortgage/Judgment Lien:

    a.  Original Mortgagee/Lienholder: _____

    b.  Current Assignee: _____

    c.  Current Servicer: _____

    d.  Date of Mortgage/Lien: _____

    e.  Date of Recordation: _____

    f.  Place of Recordation: _____

       i.  ~~Mortgage Book:~~ _____

      ii.  ~~Page:~~ _____

    g.  Original Principal Balance of Mortgage/Lien: $ _____

---

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

---

*rev.12/1/17*