Form ntcfncurv − testntcfncurv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 17−11282−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Ralph A. Cruz Jr.
aka Ralpfh Cruz Jr., aka Ralph Cruz, aka
Rafael Cruz, aka Rafael A. Cruz, aka Ralph
A. Cruz Jr., aka Ralph Cruz Jr., aka Rafael
A. Cruz Jr.
103 Salina Road
Sewell, NJ 08080

Social Security No.:
xxx−xx−2015

Employer's Tax I.D. No.:

---

**NOTICE OF RECEIPT OF RESPONSE TO
NOTICE OF FINAL CURE PAYMENT**

TO: <u>Ralph A. Cruz Jr.</u>
Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: February 22, 2021
JAN: dmb

<u>Jeanne Naughton, Clerk</u>

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                       Case No. 17-11282-JNP
Ralph A. Cruz, Jr.                                                                                                  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 22, 2021 | Form ID: ntcfncur | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ralph A. Cruz, Jr., 103 Salina Road, Sewell, NJ 08080-1684 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 24, 2021          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2021 at the address(es) listed below:

**Name**    **Email Address**

Denise E. Carlon
    on behalf of Creditor MTGLQ INVESTORS L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth K. Holdren
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Mill City Mortgage Loan Trust 2018-4 eholdren@hillwallack.com  jhanley@hillwallack.com;hwbknj@hillwallack.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Melissa N. Licker
    on behalf of Creditor Mill City Mortgage Loan Trust 2018-4 NJ_ECF_Notices@mccalla.com  mccallaecf@ecf.courtdrive.com

S. Daniel Hutchison

District/off: 0312-1      User: admin      Page 2 of 2

Date Rcvd: Feb 22, 2021      Form ID: ntcfncur      Total Noticed: 1

on behalf of Debtor Ralph A. Cruz Jr. sdhteamlaw@outlook.com, backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7